UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 8:24-cr-237-SDM-AAS

HEATHER DARREY,

_____/

### ORDER OF FORFEITURE

The United States moves (Doc. 20) under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C.
§ 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for forfeiture of
$775,196.90 in proceeds as a result of the wire-fraud offense charged in Count One.
The motion (Doc. 20) is **GRANTED**.  Heather Darrey is liable for forfeiture of
$775,196.90.

The proceeds were transferred to third parties, and the United States cannot
locate the proceeds despite due diligence.  Accordingly, under 21 U.S.C. § 853(p),
the United States may pursue as a substitute asset in satisfaction of this judgment for-
feiture of the defendant's property not exceeding $775,196.90.  The United States
may conduct discovery under Rule 32.2(b)(3).  The court retains jurisdiction to enter
any order necessary to the forfeiture and disposition of any substitute asset.

ORDERED in Tampa, Florida, on August 2, 2024.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE